AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Windward Bora, LLC <br><br> *Plaintiff(s)* <br> v. <br> HECTOR F. ALARCON, ET AL <br> SEE RIDER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-3490    19-cv-3490 KAM-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HECTOR F. ALARCON
100-08 87th Avenue,
Richmond Hill, NY 11418

See rider for remaining defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/13/2019      s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

WINDWARD BORA, LLC

                                    Plaintiff,                    **COMPLAINT**

   -against-

                                                                      Docket Number: 19-3490

HECTOR F. ALARCON, NEW YORK CITY PARKING
VIOLATIONS BUREAU; NEW YORK CITY CRIMINAL
COURT NEW YORK CITY TRANSIT ADJUDICATION
BUREAU; NEW YORK CITY DEPARTMENT OF
FINANCE; DEPARTMENT OF HOUSING PRESERVATION
& DEVELOPMENT; NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD "JOHN DOE" and "JANE DOE," the last two
names being fictitious, said parties intended being tenants
or occupants, if any, having or claiming an interest in, or
lien upon, the premises described in the complaint,

                                    Defenddants.
------------------------------------------------------------------------X


NEW YORK CITY PARKING VIOLATIONS BUREAU
100 Church Street
New York, NY 10007

NEW YORK CITY CRIMINAL COURT
125-01 Queens Blvd,
New York, NY 11415

NEW YORK CITY TRANSIT ADJUDICATION BUREAU
100 Church Street
New York, NY 10007

NEW YORK CITY DEPARTMENT OF FINANCE
100 Church Street
New York, NY 10007

DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT
100 Gold Street
New York, NY 10038

NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
100 Church Street
New York, NY 10007


"JOHN DOE"
100-08 87th Avenue,
Richmond Hill, NY 11418

"JANE DOE,"
100-08 87th Avenue,
Richmond Hill, NY 11418