THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: ANTHONY MCCREATH, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/27/2019 at 6:22 PM at 57 BULWER PLACE, BROOKLYN, NY 11207, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY; NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER bearing Index # 19-3490 and filed date 6/12/2019 upon HECTOR F. ALARCON.

[ ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ ] AGENCY / BUSINESS
By delivering thereat a true copy of each to JANE DOE (REFUSED NAME), RELATIVE. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ X ] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: JANE DOE (REFUSED NAME), RELATIVE, who verified that the intended recipient actually resides at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 57 BULWER PLACE, BROOKLYN, NY 11207, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 57 BULWER PLACE, BROOKLYN, NY 11207 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] DESCRIPTION
Gender: Female; Skin: Brown; Hair: Blonde; Age: 60-70; Height: 5ft 5in - 5ft 9in; Weight: 170-190;

[ ] WITNESS FEE

[ X ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN
Notary Public, State of New York
No. 01KE637801
Qualified in QUEENS County
Commission Expires 07/16/2022

KAROL ESPINAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ES6185875
Qualified in Suffolk County
My Commission Expires 04-21-2020

ANTHONY MCCREATH
NYC License # - 2067076

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10016
Phone: 646-490-6677
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS710235)JMH 951892



UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No. 19-3490
Filed On: 6/12/2019

Case 1:19-cv-03490-KAM-PK   Document 5   Filed 07/22/19   Page 2 of 9 PageID #: 36

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No. 19-3490
Filed On: 6/12/2019

WINDWARD BORA, LLC

-against-

**Affidavit of Service by Mail**

HECTOR F. ALARCON, ET AL

STATE OF NEW YORK, COUNTY OF SUFFOLK: Jennifer Halverson, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 7/2/2019, your deponent mailed a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY; NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 57 BULWER PLACE , BROOKLYN, NY 11207 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

HECTOR F. ALARCON

57 BULWER PLACE
BROOKLYN, NY 11207

Sworn to before me on 7/2/2019:

KAROL ESPINAL
Notary Public, State of New York
No. 01ES6185875
Qualified in SUFFOLK County
Commission Expires 4/21/2020

Jennifer Halverson

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York,NY 10016
Phone: 646-490-6677
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS710235)JMH 951892

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490  
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/26/2019 at 11:37 AM at 100 CHURCH STREET, NEW YORK, NY 10007, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY bearing Index # 19-3490 and filed date 6/12/2019 upon NEW YORK CITY PARKING VIOLATIONS BUREAU .

[ ] INDIVIDUAL  
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ X ] AGENCY / BUSINESS  
A Municipal Agency. By delivering thereat a true copy of each to Betty Mazyck. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON  
By delivering a true copy of each to a person of suitable age and discretion, to wit: Betty Mazyck, who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR  
By affixing a true copy of each to the door of the address at 100 CHURCH STREET, NEW YORK, NY 10007, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY  
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 100 CHURCH STREET, NEW YORK, NY 10007 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] DESCRIPTION  
Gender: Female; Skin: Black; Hair: Salt and Pepper; Age: 45-55; Height: 5ft 6in - 5ft 10in; Weight: 230-250; Other:

[ ] WITNESS FEE

[ ] MILITARY SERVICE  
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN  
Notary Public, State of New York  
No. 01KE637801  
Qualified in QUEENS County  
Commission Expires 07/16/2022

LAURANCE KNOX  
NYC License # - 1167432

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
New York, NY 10016  
Phone: 646-490-6677  
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#: 1037536 Ph: 631-981-4400  
(NCS710235)JMH 951944

| | |
|---|---|
| THE STATE OF NEW YORK | Index No.: 19-3490 |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Filed On: 6/12/2019 |

**WINDWARD BORA, LLC**

-against-                                                                                 **AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: CLAUDE BROWN, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/26/2019 at 12:22 PM at 130 LIVINGSTON STREET, BROOKLYN, NY 11201, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY bearing Index # 19-3490 and filed date 6/12/2019 upon NEW YORK CITY TRANSIT ADJUDICATION BUREAU .

[ ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] AGENCY / BUSINESS
A Municipal Agency. By delivering thereat a true copy of each to Laverne Sterling . Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: Laverne Sterling , who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 130 LIVINGSTON STREET, BROOKLYN, NY 11201, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 130 LIVINGSTON STREET, BROOKLYN, NY 11201 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[X] DESCRIPTION
Gender: Female; Skin: Black; Hair: Black; Age: 42-52; Height: 5ft 1in - 5ft 5in; Weight: 160-180; Other:

[ ] WITNESS FEE

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN
Notary Public, State of New York
No. 01KE637801
Qualified in QUEENS County
Commission Expires 07/16/2022

CLAUDE BROWN
NYC License # - 2067019

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10016
Phone: 646-490-6677
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS710235)JMH 951955



THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/26/2019 at 11:37 AM at 100 CHURCH STREET, NEW YORK, NY 10007, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY bearing Index # 19-3490 and filed date 6/12/2019 upon NEW YORK CITY DEPARTMENT OF FINANCE.

[ ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] AGENCY / BUSINESS
A Municipal Agency. By delivering thereat a true copy of each to Betty Mazyck. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: Betty Mazyck, who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 100 CHURCH STREET, NEW YORK, NY 10007, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 100 CHURCH STREET, NEW YORK, NY 10007 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[X] DESCRIPTION
Gender: Female; Skin: Black; Hair: Salt and Pepper; Age: 45-55; Height: 5ft 6in - 5ft 10in; Weight: 230-250; Other:

[ ] WITNESS FEE

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN
Notary Public, State of New York
No. 01KE637801
Qualified in QUEENS County
Commission Expires 07/16/2022

LAURANCE KNOX
NYC License # - 1167432

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10016
Phone: 646-490-6677
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS710235)JMH 952005

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490  
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: CLAUDE BROWN, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/27/2019 at 2:39 PM at 100 GOLD STREET, NEW YORK, NY 10038, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY bearing Index # 19-3490 and filed date 6/12/2019 upon DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT .

[ ] INDIVIDUAL  
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] AGENCY / BUSINESS  
A Federal Agency. By delivering thereat a true copy of each to AIDA ESTEPAN. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON  
By delivering a true copy of each to a person of suitable age and discretion, to wit: AIDA ESTEPAN, who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR  
By affixing a true copy of each to the door of the address at 100 GOLD STREET, NEW YORK, NY 10038, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY  
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 100 GOLD STREET, NEW YORK, NY 10038 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[X] DESCRIPTION  
Gender: Female; Skin: Brown; Hair: Brown; Age: 54-64; Height: 5ft 1in - 5ft 5in; Weight: 160-180;

[ ] WITNESS FEE

[ ] MILITARY SERVICE  
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

**LEANNA ONECIA KELLOWAN**  
Notary Public, State of New York  
No. 01KE637801  
Qualified in QUEENS County  
Commission Expires 07/16/2022

**CLAUDE BROWN**  
NYC License # - 2067019

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
New York, NY 10016  
Phone: 646-490-6677  
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#: 1037536 Ph: 631-981-4400  
(NCS710235)JMH 952008

| | |
|---|---|
| THE STATE OF NEW YORK | Index No.: 19-3490 |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Filed On: 6/12/2019 |

**WINDWARD BORA, LLC**

-against-                                              **AFFIDAVIT OF SERVICE**

**HECTOR F. ALARCON, ET AL**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/26/2019 at 11:37 AM at 100 CHURCH STREET, NEW YORK, NY 10007, your deponent served the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY bearing Index # 19-3490 and filed date 6/12/2019 upon NEW YORK CITY ENVIRONMENTAL CONTROL BOARD .

[ ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] AGENCY / BUSINESS
A Municipal Agency. By delivering thereat a true copy of each to Betty Mazyck. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: Betty Mazyck, who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 100 CHURCH STREET, NEW YORK, NY 10007, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 100 CHURCH STREET, NEW YORK, NY 10007 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[X] DESCRIPTION
Gender: Female; Skin: Black; Hair: Salt and Pepper; Age: 45-55; Height: 5ft 6in - 5ft 10in; Weight: 230-250; Other:

[ ] WITNESS FEE

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN
Notary Public, State of New York
No. 01KE637801
Qualified in QUEENS County
Commission Expires 07/16/2022

LAURANCE KNOX
NYC License # - 1167432



Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
New York, NY 10016
Phone: 646-490-6677
File No. WINDWARD BORA vs ALARCON

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536  Ph: 631-981-4400
(NCS710235)JMH 952013



THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490  
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**HECTOR F. ALARCON, ET AL**

**Affidavit of Attempted Service**

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/28/2019 at 7:28 PM, your deponent attempted to serve the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY; NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER bearing Index # 19-3490 and filed date 6/12/2019 upon JOHN DOE at 100-08 87TH AVENUE, RICHMOND HILL, NY 11418.

Your deponent was unable to serve same to the intended recipient(s) for the following reasons:

PROPERTY IS VACANT FOR THE PAST 3 YEARS.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN  
Notary Public, State of New York  
No. 01KE637801  
Qualified in QUEENS County  
Commission Expires 07/16/2022

LAURANCE KNOX  
NYC License # - 1167432

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
New York, NY 10016  
Phone: 646-490-6677  
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#: 1037536 Ph: 631-981-4400  
(NCS710235)JMH 952025



THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 19-3490  
Filed On: 6/12/2019

**WINDWARD BORA, LLC**

-against-

**Affidavit of Attempted Service**

**HECTOR F. ALARCON, ET AL**

STATE OF NEW YORK, COUNTY OF NEW YORK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/28/2019 at 7:28 PM, your deponent attempted to serve the SUMMONS IN A CIVIL CASE AND COMPLAINT; NOTICE OF PENDENCY; NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER bearing Index # 19-3490 and filed date 6/12/2019 upon JANE DOE at 100-08 87TH AVENUE, RICHMOND HILL, NY 11418.

Your deponent was unable to serve same to the intended recipient(s) for the following reasons:

PROPERTY IS VACANT FOR THE PAST 3 YEARS.

Sworn to before me on 7/2/2019:

LEANNA ONECIA KELLOWAN  
Notary Public, State of New York  
No. 01KE637801  
Qualified in QUEENS County  
Commission Expires 07/16/2022

LAURANCE KNOX  
NYC License # - 1167432

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
New York, NY 10016  
Phone: 646-490-6677  
File No. WINDWARD BORA vs ALARCON



RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#: 1037536 Ph: 631-981-4400  
(NCS710235)JMH 952027