UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WINDWARD BORA, LLC,

                        Plaintiff,

-against-

HECTOR F. ALARCO, et al.,

                     Defendants.

**Docket Number:  19-cv-3490**

**APPEARANCE OF COUNSEL**

**To: The Clerk of Court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Windward Bora, LLC.

Dated: New York, New York
         August 21, 2019

**HASBANI & LIGHT, P.C.**

*/s/ Barry M. Golden*
Barry M. Golden, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
Tel: (212) 643-6677
bgolden@hasbanilight.com